IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt)

| | |
|---|---|
| ALAN SCHOFER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| SECOND ROUND, LP. | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)
### (FEDERAL QUESTION)

PLEASE TAKE NOTICE that Defendant Second Round, LP ("Defendant") hereby removes to this Court the state court action described below.

1. On or about September 4, 2014, the plaintiff commenced an action in the District Court of the State of Maryland for Montgomery County, entitled *Alan Schofer v Second Round, LP*, bearing Case Number 060200147262014. A copy of the summons and complaint received by Defendant is attached and marked as Exhibit A in accordance with L.R. 103.5a).

2. This action is a civil action of which this Honorable Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441(b) in that it presents a federal question, in that Plaintiff alleges violations of 15 U.S.C. § 1692 *et seq.*, the Fair Debt Collection Practices Act ("FDCPA").

3. Defendants were served on September 19, 2014, via a certified mail. This removal is timely pursuant to 28 U.S.C. § 1446(b).

4. To the best of the undersigned's knowledge, no other pleadings or documents, other than the summons and complaint attached hereto, have been filed in this matter.

5. As required by 28 U.S.C. § 1446(d), Defendants will give notice of the filing of this notice to the Plaintiff and to the clerk of the District Court of the State of Maryland for Montgomery County, where the action is currently pending.

WHEREFORE, Defendant respectfully requests that the above captioned matter currently pending in the District Court of the State of Maryland for Montgomery County be removed to this Honorable Court.

THE LAW OFFICES OF RONALD S. CANTER, LLC

_____
Bradley T. Canter, Esquire
Bar #18995
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone:  (301) 424-7490
Facsimile:   (301) 424-7470
E-Mail:  bcanter@roncanterllc.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Notice of Removal and related documents was served this 9th day of October, 2014, by first class mail, postage prepaid to:

Alan Schofer
3450 Chiswick Court
Silver Spring, Maryland 20906
*Pro Se Plaintiff*

_____
Bradley T. Canter, Esquire
*Attorney for Defendant*