**DISTRICT COURT OF MARYLAND FOR** ~~[redacted]~~
LOCATED AT (COURT ADDRESS)
~~[redacted]~~
Rockville, MD ~~[redacted]~~

CASE NO.
CV 14726-14

**PARTIES**
Plaintiff
ALAN SCHOFER
3450 CHISWICK CT
SILVER SPRING, MD 20906

VS.

Defendant(s):
1. Second Round, LP
NATIONAL CORP RESEARCH, LTD. 2nd Floor
836 PARK AVE
BALTIMORE, MD 21201

Serve by:
☒ Certified Mail
☐ Private Process
☐ Constable
☐ Sheriff

2.
Serve by:
☐ Certified Mail
☐ Private Process
☐ Constable
☐ Sheriff

3.
Serve by:
☐ Certified Mail
☐ Private Process
☐ Constable
☐ Sheriff

4.
Serve by:
☐ Certified Mail
☐ Private Process
☐ Constable
☐ Sheriff

**ATTORNEYS**
For Plaintiff - Name, Address, Telephone Number & Code

COMPLAINT ☒ $5,000 or under ☐ over $5,000 ☐ over $10,000
Clerk: Please docket this case in an action of ☐ contract ☒ tort
☐ replevin ☐ detinue ☐ bad faith insurance claim

The particulars of this case are:
See attached letter for explanation of case.

THE COMPANY IS LOCATED IN AUSTIN TEXAS BUT THE
RESIDENT AGENT IS LISTED IN BALTIMORE, MD. ONE
CORPORATE OFFICER IS Larry Vasbinde IN AUSTIN, TX.

(See Continuation Sheet)
☐ Legal
☐ Contractual _____%

The Plaintiff claims:
☒ $ 5000 _____ plus interest of $ 0 _____ and
attorney's fees of $ 0 _____ plus court costs.
☐ Return of the property and damages of $ _____
for its detention in an action of replevin.
☐ Return of the property, or its value, plus damages of
$ _____ for its detention in action of detinue.
☐ Other: _____
and demands judgement for relief.

*alan schofer*
Signature of Plaintiff/Attorney/Attorney Code
Signer's Address: 3450 Chiswick CT
Silver Spring, MD 20906
Signer's Telephone Number: 301-740-6351
Signer's Facsimile Number, if any: _____
Signer's E-mail Address, if any: GSP066@GMAIL.COM

**MILITARY SERVICE AFFIDAVIT**
☐ Defendant(s) _____ is/are in the military service.
☐ No Defendant is in the military service. The facts supporting this statement are: _____
Specific facts must be given for the Court to conclude that each Defendant who is a natural person is not in the military.
☒ I am unable to determine whether or not any Defendant is in military service.
I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in the aforegoing Affidavit are true and correct to the best of my knowledge, information, and belief.

_____                _____
Date                Signature of Affiant

**APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT**
Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the Defendant clearly of the claim against the Defendant, including the amount of any interest claimed.
☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet
☐ Vouchers ☐ Check ☒ Other written document ☐ _____  ☐ Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the ☒ Plaintiff ☐ _____ of the Plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the Defendant to the Plaintiff the sum set forth in the Complaint.
I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters.

9/2/14                *alan schofer*
Date                Signature of Affiant

DC/CV 1 (front) (Rev. 11/2012)     $38 check enclosed

## Evidence that Second Round LP is violating the FCRA

Second Round LP's contractor, Dynamic Recovery Solutions (DNS) continues to call me to collect the $788 debt despite being sent a letter on **7/2/14 AND 7/31/2014** telling them that I dispute the debt. Second Round ignored both letters and continued an attempt to collect the debt that I did not owe. This is in direct violation of the Fair Debt Collection Reporting Act Section 808b. DNS used the false phone number 202-271-6581 to hide their true location in South Carolina. Here is a list of dates and times DNS has called.

July 8, 2014   11:33am
July 11, 2014  10:22am
July 15, 2014  1:03pm
July 21, 2014  12:09pm
July 24, 2014  2:01pm
July 28, 2014  3:45pm
July 31, 2014  12:01pm
August 5, 2014  4:23pm
August 11, 2014  9:04am
August 14, 2014  1:11pm
August 19, 2014  11:39am
August 24, 3014  1:13pm

Alan Schofer

*Second letter sent to Second Round*

July 31, 2014

Alan G. Schofer
3450 Chiswick Ct.
Silver Spring, MD 20906

Second Round LP
4150 Freidrich Lane Suite I
Austin, TX 78744

Dear Debt Collector:

I am writing in response to your letter to the Better Business Bureau because I do not owe what you say I owe. In accordance with the Fair Debt Collection Practices Act, Section 809(b): Validating Debts:

(b) If the consumer notifies the debt collector in writing within the thirty-day period described in subsection (a) that the debt, or any portion thereof, is disputed, or that the consumer requests the name and address of the original creditor, the debt collector shall cease collection of the debt, or any disputed portion thereof, until the debt collector obtains verification of the debt or any copy of a judgment, or the name and address of the original creditor, and a copy of such verification or judgment, or name and address of the original creditor, is mailed to the consumer by the debt collector.

I respectfully request that you provide me with the following information:

(1) the amount of the debt;
(2) the name of the creditor to whom the debt is owed;
(3) **Provide a verification or copy of any judgment (if applicable); Verification must include the contract that I signed in my name Alan G Schofer according to the law firm SAMUEL D. WILLIAMOWSKY of Rockville, MD.**

Be advised that I am fully aware of my rights under the Fair Debt Collection Practices Act and the Fair Credit Reporting Act. For instance, I know that:

- because I have disputed this debt in writing within 30 days of receipt of your dunning notice, you must obtain verification of the debt or a copy of the judgment against me and mail these items to me at your expense;
- you cannot add interest or fees except those allowed by the original contract or state law.
- you do not have to respond to this dispute but if you do, any attempt to collect this debt without validating it, violates the FDCPA;
- I can sue you for up to $1000 for failure to provide the contract that I signed in my name Alan G Schofer and for violating the FCRA.

Also be advised that I am keeping very accurate records of all correspondence from you and your company including recording all phone calls and I will not hesitate to report violations of the law to my State Attorney General, the Federal Trade Commission and the Maryland Commissioner for Financial Regulation. In fact, I've already reported Second Round LP to the FTC, Maryland Attorney General, and Maryland Commissioner for Financial Regulation for violations of the FDCPA. I will not drop the complaints until you remove the invalid debt from my credit reports.

I have disputed this debt; therefore, until validated you know your information concerning this debt is inaccurate. Thus, if you have already reported this debt to any credit-reporting agency (CRA) or Credit Bureau (CB) then, you must immediately inform them of my dispute with this debt. Reporting information that you know to be inaccurate or failing to report information correctly violates the Fair Credit Reporting Act § 1681s-2. Should you pursue a judgment without validating this debt, I will inform the judge and request the case be dismissed based on your failure to comply with the FDCPA.

Finally, if you do not own this debt, I demand that you immediately send a copy of this dispute letter to the original creditor so they are also aware of my dispute with this debt.

Sincerely;

*[signature]*

Alan G. Schofer

*Second Round Received this Second letter on 8/2/14*

English    Customer Service    USPS Mobile                                          Register / Sign In

# USPS.COM

Search USPS.com or Track Packages

## USPS Tracking™

Customer Service
Have questions? We're here to help.

4207874494108126993500026629353

Saturday, August 2, 2014

| Postal Product: | Features: | | |
|---|---|---|---|
| Priority Mail 2-Day™ | $50 insurance included | Signature Confirmation™ | Proof of Delivery |

| Date/Time | Status | Location |
|---|---|---|
| August 4, 2014, 3:31 pm | Delivered | AUSTIN, TX 78744 |
| August 2, 2014, 9:44 am | Out for Delivery | AUSTIN, TX 78744 |
| August 2, 2014, 9:34 am | Sorting Complete | AUSTIN, TX 78744 |
| August 2, 2014, 7:04 am | Arrived at Post Office | AUSTIN, TX 78744 |
| August 2, 2014, 2:18 am | Departed USPS Facility | AUSTIN, TX 78710 |
| August 2, 2014, 2:12 am | Arrived at USPS Facility | AUSTIN, TX 78710 |
| August 1, 2014, 5:44 am | Departed USPS Facility | CAPITOL HEIGHTS, MD 20790 |
| July 31, 2014, 11:07 pm | Arrived at USPS Origin Facility | CAPITOL HEIGHTS, MD 20790 |
| July 31, 2014, 9:52 pm | Accepted at USPS Origin Sort Facility | SILVER SPRING, MD 20906 |
| July 31, 2014 | Pre-Shipment Info Sent to USPS | |

What's your tracking (or receipt) number?

Track it

LEGAL    ON USPS.COM    ON ABOUT.USPS.COM    OTHER USPS SITES

IF UNDELIVERABLE RETURN TO
DISTRICT COURT OF MARYLAND #6-1
191 E JEFFERSON ST
ROCKVILLE MD 20850-2630

CERTIFIED MAIL

7112 2557 3090 1171 0114

"RESTRICTED DELIVERY"

MD DISTRICT
17 SEP '14
PM 4 L

SECOND ROUND, LP
SERVE ON: NATIONAL CORP RESEARCH, LTD
836 PARK AVE
BALTIMORE, MD 21201

21201475399

U.S. POSTAGE
ZIP 20850
000 1266203 SEP
$3.01